# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KING'S RANCH OF JONESBORO, INC.                                                     PLAINTIFF

v.                         No. 3:10CV00096 JLH

CITY OF JONESBORO, ARKANSAS                                         DEFENDANT

## ORDER

Defendant's motion for extension of time to respond to plaintiff's motion for summary judgment is GRANTED without objection. Document #13. The time within which defendant must file its response to the motion for summary judgment is extended up to and including February 2, 2011.

IT IS SO ORDERED this 18th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE