**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

KING'S RANCH OF JONESBORO, INC.                                    PLAINTIFF

v.                                  NO. 3:10CV00096 JLH

CITY OF JONESBORO, ARKANSAS                                        DEFENDANT

## DECLARATORY JUDGMENT AND EQUITABLE DECREE

Pursuant to the Opinion and Order entered separately today, the Court finds the following:

1. The City of Jonesboro violated the Fair Housing Act when it refused to make reasonable accommodations in its zoning policies when such accommodations were necessary to afford the handicapped individuals who will live at King's Ranch an equal opportunity to use and enjoy the home. *See* 42 U.S.C. § 3604(f)(3)(B).

2. Handicapped individuals who will live at King's Ranch are entitled to reasonable accommodation in the zoning policies in order to afford them an equal opportunity to use and enjoy the home.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the City of Jonesboro must provide reasonable accommodation to King's Ranch

1. by granting King's Ranch's request to waive the definition of "family" in Title 14 of the City of Jonesboro Zoning Resolution as it applies to King's Ranch; and

2. by authorizing King's Ranch to house up to eight unrelated children and two house parents in its home located at 2816 Day Drive, Jonesboro, Arkansas, in Jonesboro's R-1 residential zoning district.

IT IS SO ORDERED this 25th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE