**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KING'S RANCH OF JONESBORO, INC.                                                    PLAINTIFF

v.                                          NO. 3:10CV00096 JLH

CITY OF JONESBORO, ARKANSAS                                                        DEFENDANT

### ORDER

The bench trial on damages in this case is hereby scheduled to begin at *9:00 a.m. on FRIDAY, JULY 22, 2011*, in Courtroom #324, E.C. "Took" Gathings Federal Courthouse, 615 South Main Street, in Jonesboro, Arkansas.

IT IS SO ORDERED this 19th of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE