IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KING'S RANCH OF JONESBORO, INC.                                          PLAINTIFF

v.                              No. 3:10CV00096 JLH

CITY OF JONESBORO, ARKANSAS                                              DEFENDANT

## ORDER

Pursuant to the joint stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 30th day of June, 2011.

                                                                                   _____
                                                                                   J. LEON HOLMES
                                                                                   UNITED STATES DISTRICT JUDGE